**DISMISS; and Opinion Filed April 12, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00111-CR

**KEILON MARCEL WRIGHT, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-55629-P**

# MEMORANDUM OPINION
Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

Keilon Marcel Wright appeals his conviction for evading arrest or detention with a vehicle. After appellant entered an open plea of guilty, the trial court found him guilty and assessed punishment at ten years in prison. Appellant then filed his notice of appeal.

A defendant perfects his appeal by timely filing a written notice of appeal with the trial court clerk. *See* TEX. R. APP. P. 25.2(c). To be timely, the notice of appeal must be filed within thirty days after the date sentence was imposed or within ninety days after sentencing if the defendant timely filed a motion for new trial. *See* TEX. R. APP. P. 26.2(a). In the absence of a timely perfected notice of appeal, the Court must dismiss the appeal. *Ex parte Castillo*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012).

The trial court imposed sentence on December 20, 2018. Thus, appellant had to file a timely filed motion for new trial or notice of appeal by January 19, 2019. The clerk's record shows appellant filed his notice of appeal in this case on January 24, 2019; that same day, he also filed a motion for new trial. Both the notice of appeal and the motion for new trial were untimely. Appellant did not file with this Court a motion to extend time to file the notice of appeal. *See* TEX. R. APP. P. 26.3. Because appellant's notice of appeal was untimely, we must dismiss this appeal.

We dismiss this appeal for want of jurisdiction.

/Ken Molberg/
KEN MOLBERG
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

190111F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEILON MARCEL WRIGHT, Appellant

No. 05-19-00111-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-55629-P.
Opinion delivered by Justice Molberg.
Justices Whitehill and Reichek participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 12th day of April, 2019.